IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Raheem Furson | : |
| | : |
| | :    Case No.: 17-15634MDC |
| | : |
| Debtor(s) | :    Chapter 13 |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the three Motion to Avoid Liens filed at Docket Numbers 13, 15 and 17.

Dated: February 19, 2018            /s/ Brad J. Sadek, Esquire
                                                            Brad J. Sadek, Esquire
                                                            Sadek and Cooper
                                                            "The Philadelphia Building"
                                                            1315 Walnut Street, #502
                                                            Philadelphia, PA 19107
                                                            215-545-0008