UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Raheem Furson | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 17-15634 MDC |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this 20th day of February, 2018 upon consideration of the Motion of Raheem Furson to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of PNC Bank, N.A., on Debtor's real property located at 1165 Anchor Street Philadelphia, PA 19124, is VOIDED upon DISCHARGE.

FURTHER ORDERED:

Judge Magdeline D. Coleman