United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15634-mdc
Raheem Furson                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 1              Date Rcvd: Feb 20, 2018
                           Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             +Raheem Furson,    1165 Anchor Street,    Philadelphia, PA 19124-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13970370       +E-mail/Text: collections@drexel.edu Feb 21 2018 02:07:46     Drexel University,
                3141 Chestnut St,    Suite 101,    Philadelphia, PA 19104-2875
                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Raheem  Furson brad@sadeklaw.com,  bradsadek@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association (Trustee for the
          Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|--------|---|--|
| Raheem Furson | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 17-15634 MDC |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this _20th_ day of _February_, 2018 upon consideration of the Motion of Raheem Furson to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of Drexel University, on Debtor's real property located at 1165 Anchor Street Philadelphia, PA 19124, is VOIDED upon DISCHARGE.

FURTHER ORDERED:


Judge Magdeline D. Coleman