United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-15634-mdc
Raheem Furson　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: ChrissyW　　　　Page 1 of 1　　　　Date Rcvd: Jul 19, 2018
　　　　　　　　　　　　　Form ID: trc　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
13982594　　　　+PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
　　　　　BRAD J. SADEK    on behalf of Debtor Raheem  Furson brad@sadeklaw.com,    bradsadek@gmail.com
　　　　　MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
　　　　　 Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15634-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Raheem Furson
1165 Anchor Street
Philadelphia PA 19124

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: PHEAA, PO Box 8147, Harrisburg, PA 17105 | Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/21/18

Tim McGrath
**CLERK OF THE COURT**