UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Raheem Furson | : | Case No.: 17-15634-mdc |
| Debtor (s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

    *Motion to Modify Plan* filed at Docket Number 60.
    *Notice of Motion to Modify Plan* filed at Docket Number 61.
    *Amended Schedule J* filed at Docket Number 62.

Date: November 17, 2020        By: /s/ Brad J. Sadek, Esquire

                                                                            Attorney for Debtor