**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Raheem Furson | : | Chapter 13 |
| Debtor. | : | Case No.: 17-15634-MDC |
| | : | |

## **CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., certify that on April 21, 2023 a true and correct copy of the Order Scheduling Expedited Hearing for the Debtor's Expedited Motion to Sell Property Free and Clear of Liens was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Trustee**
Chapter 13 Trustee
Electronic Mail

**Liza Rios-Santiago**
*of Legal Real Estate LLC*
Buyer's Realtor

**Belinda Johnson**
*of Believe Realty Group*
Debtor's Realtor

Dated: April 21, 2023                              /s/Brad J. Sadek, Esq
                                                                 Brad J. Sadek, Esq.
                                                                 Attorney for Debtor
                                                                 Sadek Law Offices
                                                                 Two Penn Center
                                                                 1500 JFK Boulevard, Suite 220
                                                                 Philadelphia, PA 19102