**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Raheem Furson | : | Chapter 13 |
| | : | Case No.: 17-15634-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.


Dated: June 8, 2023                    /s/ Brad J. Sadek, Esquire
                                       Brad J. Sadek, Esquire
                                       Sadek and Cooper Law Offices, LLC
                                       1500 JFK Boulevard, Suite #220
                                       Philadelphia, Pa 19102
                                       brad@sadeklaw.com
                                       215-545-0008