IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Raheem Furson | : | Chapter 13 |
| | : | Case No.: 17-15634-MDC |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: June 19, 2023                                /s/ Brad J. Sadek, Esquire
                                                                                               Brad J. Sadek, Esquire
                                                                                               Sadek and Cooper Law Offices, LLC
                                                                                               1500 JFK Boulevard, Suite #220
                                                                                               Philadelphia, Pa 19102
                                                                                               215-545-0008