IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Raheem Furson | : | Chapter 13 |
| | : | Case No.: 17-15634-MDC |
| Debtor. | : | |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Motion.

FURTHER ORDERED:

BY THE COURT:

Dated: June 22, 2023

*Magdeline D. Coleman*

HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE