Certificate Number: 03088-PAE-DE-037602738

Bankruptcy Case Number: 17-15634



03088-PAE-DE-037602738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2023, at 5:50 o'clock PM CDT, Raheem Furson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 18, 2023

By:  /s/Lorenza Rodriguez for Doug Tonne

Name:  Doug Tonne

Title:  Counselor