United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-15634-mdc
Raheem Furson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 19, 2023      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Raheem Furson, 1165 Anchor Street, Philadelphia, PA 19124-1114 |
| 13970375 | + | National Collegiate Student Loan, 237 Park Ave # 21, Suite 101, New York, NY 10017-3140 |
| 13970377 | + | Philadelphia Court of Common Pleas, 1301 Filbert St, Suite 101, Philadelphia, PA 19107-2605 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2023 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13970359 | + | Email/Text: bankruptcynotice@1fbusa.com | Jul 20 2023 00:31:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 13970360 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2023 00:31:00 | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13970361 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2023 00:31:00 | Aes/suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13970367 | + | Email/Text: EBNProcessing@afni.com | Jul 20 2023 00:32:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 13970368 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 00:32:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 13970369 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 00:30:36 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14007980 | + | Email/Text: bankruptcy@cavps.com | Jul 20 2023 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13970370 | + | Email/Text: collections@drexel.edu | Jul 20 2023 00:31:00 | Drexel University, 3141 Chestnut St, Suite 101, Philadelphia, PA 19104-2875 |
| 13970372 | + | Email/Text: bknotice@ercbpo.com | Jul 20 2023 00:32:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14167196 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2023 00:31:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 13970371 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 20 2023 00:32:00 | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14016589 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2023 00:31:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13970373 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2023 00:31:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13986167 | + | Email/Text: TSIBNCBOX4275@tsico.com | Jul 20 2023 00:31:00 | National Collegiate Student Loan Trust 2007-2, Transworld Systems, Inc., PO Box 4275, Norcross, GA 30091-4275 |
| 13982594 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2023 00:31:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14009458 | + | Email/Text: blegal@phfa.org | Jul 20 2023 00:32:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13970380 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 20 2023 00:31:00 | PNC Bank, 300 Fifth Avenue, Suite 101, Pittsburgh, PA 15222 |
| 13970376 | + | Email/Text: blegal@phfa.org | Jul 20 2023 00:32:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 13977194 | | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 00:41:23 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13970381 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2023 00:31:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 13970382 | + | Email/Text: BKRMailOps@weltman.com | Jul 20 2023 00:32:00 | Weltman Weinberg & Reis, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13970366 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13970362 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13970363 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13970364 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13970365 | *+ | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 13970374 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13970378 | *+ | Philadelphia Court of Common Pleas, 1301 Filbert St, Suite 101, Philadelphia, PA 19107-2605 |
| 13970379 | *+ | Philadelphia Court of Common Pleas, 1301 Filbert St, Suite 101, Philadelphia, PA 19107-2605 |
| 14031490 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023          Signature:       /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 19, 2023 | Form ID: 138OBJ | Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Raheem Furson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Raheem Furson

        Debtor(s)                Case No: 17−15634−mdc

                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/19/23

                                                                                                  106 − 98
                                                                                             Form 138OBJ