```
              PA HOUSING FINANCE AGENCY
              PO BOX 15057
              211 NORTH FRONT STREET
              HARRISBURG, PA 17105-5057
                   1-800-346-3597

                                                              8/13/19

RAHEEM FURSON                              RE: LOAN #
1165 ANCHOR ST                             1165 ANCHOR STREET
PHILADELPHIA PA 19124-1114                 PHILADELPHI PA 19124-1114


              ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

This is a statement of your actual escrow account transactions since
your last annual analysis statement or initial disclosure. This state-
ment reflects the anticipated payments and disbursements that were
projected and your actual payments and disbursements for the last
cycle. Please keep this statement to compare to your next annual
analysis statement.

Effective Date: 10/01/19                              10/19 Thru  9/20
                           ACCOUNT HISTORY

    Previous Payment:  P&I . . . . . . . .:    402.27
                       Escrow. . . . . . .:    260.73
                       Discretionary Items:       .00
                       Total . . . . . . .:    663.00

         Pmt to Esc act     Pmt from Esc act                 Escrow Balance
Month    Proj    Actual       Proj    Actual   Desc          Proj      Actual
Starting Balance . . . . . . . . . . . . . . . . . . . . . 1379.53   6258.04-
Oct,18                                 39.32*  FHAMIP   IN            6297.36-
Oct,18          213.73*                        PAYMENT                6083.63-<
Nov,18  236.39  260.73*E                       PAYMENT     1615.92   5822.90-
Nov,18                                 39.32*  FHAMIP   IN 1615.92   5862.22-
Nov,18                         39.32           FHAMIP   IN 1576.60   5862.22-
Nov,18          213.73*                        PAYMENT     1576.60   5648.49-
Dec,18  236.39  260.73*E                       PAYMENT     1812.99   5387.76-
Dec,18                                 39.32*  FHAMIP   IN 1812.99   5427.08-
Dec,18                         39.32           FHAMIP   IN 1773.67   5427.08-
Dec,18          213.73*                        PAYMENT     1773.67   5213.35-
Jan,19  236.39  260.73*E                       PAYMENT     2010.06   4952.62-
Jan,19          213.73*                        PAYMENT     2010.06   4738.89-
Jan,19                                 39.32*  FHAMIP   IN 2010.06   4778.21-
Jan,19                         39.32           FHAMIP   IN 1970.74   4778.21-
Jan,19          213.73*                        PAYMENT     1970.74   4564.48-
Feb,19  236.39  260.73*E                       PAYMENT     2207.13   4303.75-
Feb,19                        816.23*          LOCAL TAX   2207.13   5119.98-
Feb,19          213.73*                        PAYMENT     2207.13   4906.25-
Feb,19                                 39.32*  FHAMIP   IN 2207.13   4945.57-
Feb,19                         39.32           FHAMIP   IN 2167.81   4945.57-
Feb,19                        910.47           LOCAL TAX   1257.34   4945.57-
Mar,19          213.73*                        PAYMENT     1257.34   4731.84-
Mar,19  236.39  260.73*E                       PAYMENT     1493.73   4471.11-
Mar,19                                 39.32*  FHAMIP   IN 1493.73   4510.43-
Mar,19                         39.32           FHAMIP   IN 1454.41   4510.43-
Mar,19          213.73*                        PAYMENT     1454.41   4296.70-
Mar,19                       1470.01*          HAZARD INS  1454.41   5766.71-
Mar,19          213.73*                        PAYMENT     1454.41   5552.98-
Apr,19  236.39  260.73*E                       PAYMENT     1690.80   5292.25-
```

EXHIBIT A

LOAN #

| Month | Pmt to Esc act Proj | Pmt to Esc act Actual | Pmt from Esc act Proj | Pmt from Esc act Actual | Desc | | Escrow Balance Proj | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| Apr,19 | | | | 39.32* | FHAMIP | IN | 1690.80 | 5331.57- |
| Apr,19 | | | 39.32 | | FHAMIP | IN | 1651.48 | 5331.57- |
| Apr,19 | | | 1454.41 | | HAZARD | INS | 197.07 < | 5331.57- |
| Apr,19 | | 213.73* | | | PAYMENT | | 197.07 | 5117.84- |
| May,19 | 236.39 | 260.73*E | | | PAYMENT | | 433.46 | 4857.11- |
| May,19 | | | | 39.32* | FHAMIP | IN | 433.46 | 4896.43- |
| May,19 | | 213.73* | | | PAYMENT | | 433.46 | 4682.70- |
| May,19 | | | 39.32 | | FHAMIP | IN | 394.14 | 4682.70- |
| Jun,19 | 236.39 | 260.73*E | | | PAYMENT | | 630.53 | 4421.97- |
| Jun,19 | | | | 38.27* | FHAMIP | IN | 630.53 | 4460.24- |
| Jun,19 | | | 38.27 | | FHAMIP | IN | 592.26 | 4460.24- |
| Jun,19 | | 213.73* | | | PAYMENT | | 592.26 | 4246.51- |
| Jun,19 | | 213.73* | | | PAYMENT | | 592.26 | 4032.78- |
| Jun,19 | | 213.73* | | | PAYMENT | | 592.26 | 3819.05- |
| Jul,19 | 236.39 | 260.73*E | | | PAYMENT | | 828.65 | 3558.32- |
| Jul,19 | | | | 38.27* | FHAMIP | IN | 828.65 | 3596.59- |
| Jul,19 | | | 38.27 | | FHAMIP | IN | 790.38 | 3596.59- |
| Jul,19 | | 317.73* | | | PAYMENT | | 790.38 | 3278.86- |
| Aug,19 | 236.39 | 260.73*E | | | PAYMENT | | 1026.77 | 3018.13- |
| Aug,19 | | | | 38.27* | FHAMIP | IN | 1026.77 | 3056.40- |
| Aug,19 | | | 38.27 | | FHAMIP | IN | 988.50 | 3056.40- |
| Aug,19 | | 317.73E | | | PAYMENT | | 988.50 | 2738.67- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 2424.94- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 2111.21- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 1797.48- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 1483.75- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 1170.02- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 856.29- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 542.56- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 228.83- |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 84.90 |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 398.63 |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 712.36 |
| Aug,19 | | 313.73E | | | PAYMENT | | 988.50 | 1026.09 |
| Sep,19 | 236.39 | 260.73*E | | | PAYMENT | | 1224.89 | 1286.82 |
| Sep,19 | | | 38.27 | 38.27E | FHAMIP | IN | 1186.62 | 1248.55 |
| Totals | | 10,260.47 | | 2,753.88 | | | | |
| | 2,600.29 | | 2,793.20 | | | | | |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $394.14    or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under your Mortgage Contract or State or Federal Law, your targeted low point in your escrow account is $197.07    and your actual low point was $6,083.63-;  the amounts are indicated with an arrow (<).

By comparing the projected escrow payments with the actual escrow payments you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date. The estimated payments to escrow and payments from escrow are indicated with an (E).

PROJECTION FOR NEXT CYCLE

Projected Annual Disbursements

| LOCAL TAX | 816.23 |
|---|---|
| FHAMIP   INS | 459.24 |
| HAZARD INS | 1,470.01 |
| | ----------- |
| Total | 2,745.48 |

New Escrow Deposit     2,745.48 /12=    228.79

The escrow deposit is 1/12th of your total annual projected escrow

LOAN #:

disbursements. Your escrow balance may contain a cushion. A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed 1/6th of the total annual anticipated disbursements from your escrow account, unless your mortgage documents or state law specifies a lower amount. The cushion amount in your escrow account is $190.52.   When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount and is marked with an arrow (<).

| Month | Payments to Escrow Acct | Payments from Escrow Acct | Description | | Curr Bal | Req Bal |
|---|---|---|---|---|---|---|
| Starting Balance | | | | | 1,248.55 | 1,143.12 |
| Oct,19 | 228.79 | | PAYMENT | | 1,477.34 | 1,371.91 |
| Oct,19 | | 38.27 | FHAMIP | INS | 1,439.07 | 1,333.64 |
| Nov,19 | 228.79 | | PAYMENT | | 1,667.86 | 1,562.43 |
| Nov,19 | | 38.27 | FHAMIP | INS | 1,629.59 | 1,524.16 |
| Dec,19 | 228.79 | | PAYMENT | | 1,858.38 | 1,752.95 |
| Dec,19 | | 38.27 | FHAMIP | INS | 1,820.11 | 1,714.68 |
| Jan,20 | 228.79 | | PAYMENT | | 2,048.90 | 1,943.47 |
| Jan,20 | | 38.27 | FHAMIP | INS | 2,010.63 | 1,905.20 |
| Feb,20 | 228.79 | | PAYMENT | | 2,239.42 | 2,133.99 |
| Feb,20 | | 38.27 | FHAMIP | INS | 2,201.15 | 2,095.72 |
| Feb,20 | | 816.23 | LOCAL TAX | | 1,384.92 | 1,279.49 |
| Mar,20 | 228.79 | | PAYMENT | | 1,613.71 | 1,508.28 |
| Mar,20 | | 38.27 | FHAMIP | INS | 1,575.44 | 1,470.01 |
| Apr,20 | 228.79 | | PAYMENT | | 1,804.23 | 1,698.80 |
| Apr,20 | | 38.27 | FHAMIP | INS | 1,765.96 | 1,660.53 |
| Apr,20 | | 1,470.01 | HAZARD INS | | 295.95 | 190.52 < |
| May,20 | 228.79 | | PAYMENT | | 524.74 | 419.31 |
| May,20 | | 38.27 | FHAMIP | INS | 486.47 | 381.04 |
| Jun,20 | 228.79 | | PAYMENT | | 715.26 | 609.83 |
| Jun,20 | | 37.17 | FHAMIP | INS | 678.09 | 572.66 |
| Jul,20 | 228.79 | | PAYMENT | | 906.88 | 801.45 |
| Jul,20 | | 37.17 | FHAMIP | INS | 869.71 | 764.28 |
| Aug,20 | 228.79 | | PAYMENT | | 1,098.50 | 993.07 |
| Aug,20 | | 37.17 | FHAMIP | INS | 1,061.33 | 955.90 |
| Sep,20 | 228.79 | | PAYMENT | | 1,290.12 | 1,184.69 |
| Sep,20 | | 37.17 | FHAMIP | INS | 1,252.95 | 1,147.52 |
| Total | 2,745.48 | 2,741.08 | | | | |

According to this analysis your escrow balance should be $1,143.12, but your projected escrow balance is $1,248.55.  Therefore you have a surplus of $105.43. Any surplus over $50.00 is automatically refunded to you, an amount less can remain in your escrow account and lower your monthly payments. We are leaving the surplus in your escrow account.

Below is your new monthly payment breakdown effective 10/01/19.

| | | | |
|---|---|---|---|
| Estimated Low Point: | 295.95 | New P&I . . . . . . . . .: | 402.27 |
| RESPA Low Point . .: | 381.04 | New Esc Pmt . . . . . . .: | 228.79 |
| Doc/St Low Point. .: | 190.52 | Discretionary Items Pmt: | .00 |
| Total Surplus . . .: | 105.43 | Surplus Spread. . . . .: | .00 |
| Less NSF/Lt chgs. .: | .00 | Deficiency Spread . . .: | .00 |
| Spread Months . . .: | 00 | Payment Rnd Adj . . . .: | .94 |
| Deficiency. . . . .: | 5,663.70 | Total Payments. . . . .: | 632.00 |
| Def Spread Months .: | 00 | | |
| Surplus Refunded. .: | .00 | | |

Please review this statement closely - your mortgage payment may be affected. This statement reflects any changes in your mortgage payment, any surplus refunds, or any shortage or deficiency that you must pay. It also shows the anticipated escrow activity for the next 12 months. If your loan is an adjustable rate mortgage, the principal interest portion of your payment may change within this cycle in accordance with your loan documents. If you have any questions, please call our customer service department.