```
         RAHEEM FURSON
         1165 ANCHOR ST
         PHILADELPHIA        PA 19124-1114


                       ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                    ACCOUNT HISTORY

             THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
             08/13/19 THROUGH 09/30/19.

                      ACTUAL          ACTUAL                              ACTUAL
                      ESCROW          ESCROW                              ESCROW
MO/YR                 DEPOSIT         PAYMENTS    DESCRIPTION             BALANCE
STARTING BALANCE .............................................           5,663.70-
08/19                 631.46          38.27       FHA MIP                 5,070.51-


           THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
           10/01/19 THROUGH 11/30/20.
           YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS 632.00 OF WHICH
           402.27 WAS FOR PRINCIPAL AND INTEREST AND 228.79 WENT INTO YOUR ESCROW ACCOUNT.

           PROJ     ACTUAL    PROJ                       ACTUAL    PROJ       ACTUAL
           ESCROW   ESCROW    ESCROW                     ESCROW    ESCROW     ESCROW
MO/YR      DEPOSIT  DEPOSIT   PAYMENTS DESCRIPTION       PAYMENTS  BALANCE    BALANCE
STARTING BALANCE .............................................    1248.55    5070.51-
10/19      228.79   313.73 *    38.27  RBP MIP              *      1439.07    4756.78-
10/19                                  RBP MIP            38.27*   1439.07    4795.05-
11/19      228.79   627.46 *    38.27  RBP MIP              *      1629.59    4167.59-
11/19                                  RBP MIP            38.27*   1629.59    4205.86-
12/19      228.79          *    38.27  RBP MIP              *      1820.11    4205.86-
12/19                                  RBP MIP            38.27*   1820.11    4244.13-
01/20      228.79   627.46 *    38.27  RBP MIP              *      2010.63    3616.67-
01/20                                  RBP MIP            38.27*   2010.63    3654.94-
02/20      228.79   313.73 *    38.27  RBP MIP              *      2201.15    3341.21-
02/20                          816.23  CITY TAX          805.14*   1384.92    4146.35-
```

EXHIBIT A

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 02/20 | | | | RBP MIP | 38.27* | 1384.92 | 4184.62- |
| 03/20 | 228.79 | 627.46 * | 38.27 | RBP MIP | * | 1575.44 | 3557.16- |
| 03/20 | | | | RBP MIP | 38.27* | 1575.44 | 3595.43- |
| 03/20 | | | | HAZARD | 1504.90* | 1575.44 | 5100.33- |
| 04/20 | 228.79 | 313.73 * | 38.27 | RBP MIP | * | 1765.96 | 4786.60- |
| 04/20 | | | 1470.01 | HAZARD | * | 295.95 | 4786.60- |
| 04/20 | | | | RBP MIP | 38.27* | 295.95 | 4824.87- |
| 05/20 | 228.79 | 313.73 * | 38.27 | RBP MIP | 38.27 | 486.47 | 4549.41- |
| 06/20 | 228.79 | * | 38.27 | RBP MIP | * | 676.99 | 4549.41- |
| 06/20 | | | | RBP MIP | 37.17* | 676.99 | 4586.58- |
| 07/20 | 228.79 | 574.46 * | 38.27 | RBP MIP | * | 867.51 | 4012.12- |
| 07/20 | | | | RBP MIP | 37.17* | 867.51 | 4049.29- |
| 08/20 | 228.79 | 521.46 * | 38.27 | RBP MIP | * | 1058.03 | 3527.83- |
| 09/20 | 228.79 | 260.73 * | 38.27 | RBP MIP | * | 1248.55 | 3267.10- |
| 10/20 | | 4696.79 *Y | | | Y | 1248.55 | 1429.69 |
| 11/20 | | 191.46 *Y | | | Y | 1248.55 | 1621.15 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING     2,745.48. UNDER FEDERAL LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        381.04 (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT), UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT. UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        295.95.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION, PLEASE CALL OUR TOLL-FREE NUMBER.

ACCOUNT PROJECTION

```
CITY TAX            :      805.14
HAZARD INS          :    1,504.90
-------------------------------------
ANNUAL DISBURSEMENTS :    2,310.04
       2,310.04 / 12 =     192.51  ESCROW PAYMENT
```

| MO/YR | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|---|---|---|---|---|---|
| BALANCE AS OF 11/30/20............................ | | | | 1,621.15 | 1,347.49 |
| 12/20 | 192.51 | | | 1,813.66 | 1,540.00 |
| 01/21 | 192.51 | | | 2,006.17 | 1,732.51 |
| 02/21 | 192.51 | 805.14 | CITY TAX | 1,393.54 | 1,119.88 |
| 03/21 | 192.51 | | | 1,586.05 | 1,312.39 |
| 04/21 | 192.51 | 1,504.90 | HAZARD | 273.66 | .00 |
| 05/21 | 192.51 | | | 466.17 | 192.51 |
| 06/21 | 192.51 | | | 658.68 | 385.02 |
| 07/21 | 192.51 | | | 851.19 | 577.53 |
| 08/21 | 192.51 | | | 1,043.70 | 770.04 |
| 09/21 | 192.51 | | | 1,236.21 | 962.55 |
| 10/21 | 192.51 | | | 1,428.72 | 1,155.06 |
| 11/21 | 192.51 | | | 1,621.23 | 1,347.57 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,621.15 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     1,347.49 .

THIS MEANS YOU HAVE A SURPLUS OF     654.44.** THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
SURPLUS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

```
YOUR    MONTHLY     MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
         594.78 OF WHICH       402.27 WILL BE FOR PRINCIPAL AND
INTEREST AND       192.51 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST              402.27
    ESCROW PAYMENT                      192.51
                                    ---------------
NEW PAYMENT EFFECTIVE 12/01/20          594.78
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.